UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mark Bartolotti　　　　　　　　　　　　　　　　　　Docket No. 7:16-CR-30-6D

## Petition for Action on Supervised Release

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Bartolotti, who, upon an earlier plea of guilty to 21 U.S.C. §843(a)(3) and 21 U.S.C. §843(d)(1), Conspiracy to Acquire and Obtain Possession of Oxycodone by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on April 6, 2017, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Mark Bartolotti was released from custody on April 6, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant stated that he recently began experiencing mental health difficulties and is requesting mental health counseling to accompany the current substance abuse counseling he is receiving from Integrated Behavioral Healthcare Services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Peter J Yalango<br>Peter J Yalango<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2546<br>Executed On: October 31, 2017 |

Mark Bartolotti
Docket No. 7:16-CR-30-6D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___November___, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge